

# Earnings Statement

CO. FILE DEPT. CLOCK VCHR. NO.
N35  001625 0M7429 B  0000280509   1

SIERRA PACIFIC MORTGAGE
50 IRON POINT CIRCLE, STE. 200
FOLSOM, CA 95630

Period Beginning:  07/01/2010
Period Ending:     07/15/2010
Pay Date:          07/15/2010

00000000509
DANIEL M. DADOUN
2307 VALLEY VIEW DRIVE
SMYRNA GA 30080

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 4
   GA:      4

Social Security Number: XXX-XX-8228

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | | 86.67 | | |
| Commission | | | 1,000.00 | 7,000.00 |
| **Gross Pay** | | | **$1,000.00** | 7,000.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -13.96 | 967.18 |
| | Social Security Tax | -62.00 | 434.00 |
| | Medicare Tax | -14.50 | 101.50 |
| | GA State Income Tax | -19.33 | 324.99 |
| | Other | | |
| | Dd Checking 1 | -890.21 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$1,000.00

---

SIERRA PACIFIC MORTGAGE
50 IRON POINT CIRCLE, STE. 200
FOLSOM, CA 95630

Advice number:  00000280509
Pay date:       07/15/2010

Deposited to the account of
DANIEL M. DADOUN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1783 | xxxx xxxx | $890.21 |

VOID AFTER 180 DAYS

**Bank of America**
COMMUNITY DEVELOPMENT BANK
1500 NEWELL AVENUE, SUITE 200
WALNUT CREEK, CA 94596

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 075 |
|---|---|---|---|---|---|
| N35 | 001625 | 0M7429 | B | 0000260523 | 1 |

## Earnings Statement

**ADP**

SIERRA PACIFIC MORTGAGE
50 IRON POINT CIRCLE, STE. 200
FOLSOM, CA 95630

Period Beginning: 06/16/2010
Period Ending: 06/30/2010
Pay Date: 06/30/2010

00000000523
**DANIEL M. DADOUN**
2307 VALLEY VIEW DRIVE
SMYRNA GA 30080

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 4
   GA: 4

Social Security Number: XXX-XX-8228

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | | 86.67 | | |
| Commission | | | 2,000.00 | 6,000.00 |
| **Gross Pay** | | | **$2,000.00** | 6,000.00 |

**Important Notes**

EFFECTIVE THIS PAY PERIOD YOUR STATE
EXEMPTIONS/ALLOWANCES HAVE BEEN CHANGED FROM
TO 4.

EFFECTIVE THIS PAY PERIOD YOUR FEDERAL EXEMPTIONS
HAVE BEEN CHANGED FROM 1 TO 4.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -161.82 | 953.22 |
| | Social Security Tax | -124.00 | 372.00 |
| | Medicare Tax | -29.00 | 87.00 |
| | GA State Income Tax | -79.33 | 305.66 |
| | **Other** | | |
| | Dd Checking 1 | -1,605.85 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$2,000.00

---

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

SIERRA PACIFIC MORTGAGE
50 IRON POINT CIRCLE, STE. 200
FOLSOM, CA 95630

Advice number: 00000260523
Pay date: 06/30/2010

**THIS IS NOT A CHECK**

Deposited to the account of
**DANIEL M. DADOUN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1783 | xxxx xxxx | $1,605.85 |

VOID AFTER 180 DAYS

**Bank of America**
COMMUNITY DEVELOPMENT BANK
1500 NEWELL AVENUE, SUITE 200
WALNUT CREEK, CA 94596

**NON-NEGOTIABLE**

```
CO.   FILE   DPT.   CLOCK   VCHR NO.
N35   001625 0M7429 B       0000230515  1
```

# Earnings Statement

**ADP**

SIERRA PACIFIC MORTGAGE
50 IRON POINT CIRCLE, STE. 200
FOLSOM, CA 95630

Period Beginning:   06/01/2010
Period Ending:      06/15/2010
Pay Date:           06/15/2010

00000000515
**DANIEL M. DADOUN**
2307 VALLEY VIEW DRIVE
SMYRNA GA 30080

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  1
  GA:       0

Social Security Number: XXX-XX-8228

| Earnings   | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg        |      | 86.67 |             |              |
| Commission |      |       | 4,000.00    | 4,000.00     |
| **Gross Pay** |   |       | **$4,000.00** | 4,000.00   |

| Deductions | Statutory |  |  |
|---|---|---|---|
| | Federal Income Tax | -791.40 | 791.40 |
| | Social Security Tax | -248.00 | 248.00 |
| | Medicare Tax | -58.00 | 58.00 |
| | GA State Income Tax | -226.33 | 226.33 |
| | **Other** | | |
| | Dd Checking 1 | -2,676.27 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$4,000.00

---

SIERRA PACIFIC MORTGAGE                        Advice number:   00000230515
50 IRON POINT CIRCLE, STE. 200                 Pay date:        06/15/2010
FOLSOM, CA 95630

THIS IS NOT A CHECK

Deposited to the account of         account number    transit ABA       amount
**DANIEL M. DADOUN**                xxxxxxxx1783     xxxx xxxx         $2,676.27

VOID AFTER 180 DAYS

**Bank of America**
COMMUNITY DEVELOPMENT BANK
1500 NEWELL AVENUE, SUITE 200
WALNUT CREEK, CA 94596

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 075 |
|---|---|---|---|---|---|
| N35 | 001625 | 0M7429 | B | 0000210526 | 1 |

# Earnings Statement

**ADP**

SIERRA PACIFIC MORTGAGE
50 IRON POINT CIRCLE, STE. 200
FOLSOM, CA 95630

Period Beginning: 05/16/2010
Period Ending: 05/31/2010
Pay Date: 05/28/2010

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  GA: 0

00000000526
**DANIEL M. DADOUN**
2307 VALLEY VIEW DRIVE
SMYRNA GA 30080

Social Security Number: XXX-XX-8228

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | | 86.67 | | |
| Gross Pay | | | $0.00 | 0.00 |
| Net Pay | | | $0.00 | |

---

SIERRA PACIFIC MORTGAGE
50 IRON POINT CIRCLE, STE. 200
FOLSOM, CA 95630

Advice number: 00000210526
Pay date: 05/28/2010

Deposited to the account of
DANIEL M. DADOUN

account number    transit ABA    amount

VOID AFTER 180 DAYS

**THIS IS NOT A CHECK**

Bank of America
COMMUNITY DEVELOPMENT BANK
1500 NEWELL AVENUE, SUITE 200
WALNUT CREEK, CA 94596

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | | |
|---|---|---|---|---|---|---|
| N35 | 001625 | 0M7429 | B | 0000190526 | 1 | |

## Earnings Statement

**ADP**

SIERRA PACIFIC MORTGAGE
50 IRON POINT CIRCLE, STE. 200
FOLSOM, CA 95630

Period Beginning: 05/01/2010
Period Ending: 05/15/2010
Pay Date: 05/14/2010

00000000526
DANIEL M. DADOUN
2307 VALLEY VIEW DRIVE
SMYRNA GA 30080

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  GA: 0

Social Security Number: XXX-XX-8228

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 86.67 | | | |
| Gross Pay | | | $0.00 | 0.00 |
| Net Pay | | | $0.00 | |

©1998, 2006, ADP, Inc. All Rights Reserved

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SIERRA PACIFIC MORTGAGE
50 IRON POINT CIRCLE, STE. 200
FOLSOM, CA 95630

Advice number: 00000190526
Pay date: 05/14/2010

**VOID**   **THIS IS NOT A CHECK**

Deposited to the account of
DANIEL M. DADOUN

account number    transit ABA    amount

VOID AFTER 180 DAYS

Bank of America
COMMUNITY DEVELOPMENT BANK
1500 NEWELL AVENUE, SUITE 200
WALNUT CREEK, CA 94596

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 075 |
|---|---|---|---|---|---|
| N35 | 001625 | 0M7429 | B | 0000170534 | 1 |

# Earnings Statement

**ADP**

SIERRA PACIFIC MORTGAGE
50 IRON POINT CIRCLE, STE. 200
FOLSOM, CA 95630

Period Beginning:  04/16/2010
Period Ending:     04/30/2010
Pay Date:          04/30/2010

00000000534
DANIEL M. DADOUN
2307 VALLEY VIEW DRIVE
SMYRNA GA 30080

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 1
    GA:      0

Social Security Number: XXX-XX-8228

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | | 86.67 | | |
| Gross Pay | | | $0.00 | 0.00 |
| Net Pay | | | $0.00 | |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SIERRA PACIFIC MORTGAGE
50 IRON POINT CIRCLE, STE. 200
FOLSOM, CA 95630

Advice number: 00000170534
Pay date: 04/30/2010

Deposited to the account of
DANIEL M. DADOUN

account number    transit  ABA    amount

VOID AFTER 180 DAYS

Bank of America
COMMUNITY DEVELOPMENT BANK
1500 NEWELL AVENUE, SUITE 200
WALNUT CREEK, CA 94596

**NON-NEGOTIABLE**

THIS IS NOT A CHECK
VOID VOID VOID